IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| JAMES W. MUELLER,<br>  Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>  Defendant. | Case No. 1:14-cv-01004-JEH |

### Order

  The Court has reviewed the parties' Stipulation for Attorney Fees Pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 (Doc. 24) and therefore awards the Plaintiff, James W. Mueller, $9,000.00 (nine thousand dollars) for attorney fees and costs in the amount of $0 (zero dollars) in full satisfaction and settlement of any and all claims the Plaintiff may have under the Equal Access to Justice Act, 28 USC § 2412.  The award fully and finally satisfies any and all claims for attorney fees, expenses, and costs that may be payable to the Plaintiff in this matter under the EAJA.

  Any fees paid belong to the Plaintiff and not his attorney.  The fees can be offset to satisfy any pre-existing debt that the Plaintiff owes the United States.  *Astrue v Ratliff*, 560 US 586, 589 (2010).  The Plaintiff has provided the Defendant with a valid assignment of fees.  If the Defendant can verify that the Plaintiff does not owe pre-existing debt to the government subject to offset, the Defendant will direct payment of the award to the Plaintiff's attorney pursuant to the EAJA assignment.

Entered on March 24, 2015.


              s/Jonathan E. Hawley
              U.S. MAGISTRATE JUDGE